**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02885-BNB

ROBERTO YAM-PECH,

      Applicant,

v.

ERICK [sic] HOLDER, JR., United States Attorney General,
JOHN CARREY, Secretary of the United States Department of
      Homeland Security (D.H.S.),
JOHN MORTON, United States D.H.S. Director of ICE,
JOHN LONGSHORE, Field Office Director U.S. ICE in Colorado,
MR. CHOATE, Warden of GEO CDF ICE Detention Center,
JOHN SUTHERS, U.S. Attorney General for Colorado,
CORINA E. ALMEIDA, Chief Counsel for D.H.S.-ICE,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, Roberto Yam-Pech, currently is confined at the detention center in

Aurora, Colorado.  He submitted *pro se* a Petition for Writ of Habeas Corpus (ECF No.

1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>    is not submitted
(2)   <u>  </u>    is missing affidavit
(3)   <u>  </u>    is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing

(4)   X   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(9)   X   other:  The § 1915 motion and affidavit and certificate showing prison
           account balance are necessary only if the $5.00 filing fee is not paid in full
           in advance.

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  X   is not on proper form
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   names in caption do not match names in text
(16)  __   addresses must be provided for all defendants/respondents in "Section A.
           Parties" of complaint, petition or habeas application
(17)  X   other:  The only proper Respondent in a habeas corpus action is
           Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty
(30) days from the date of this order**.  Any papers that Applicant files in response to
this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for
filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a
Habeas Corpus Action (with the assistance of his case manager or the facility's legal
assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies
**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED October 23, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge